Mack A. WILSON, Plaintiff-Appellant,

v.

The FLORIDA BOARD OF REGENTS; Florida A & M University, Walter L. Johnson; Charles C. Kidd, Gertrude Simmons & Walter L. Smith, Defendants-Appellees.

No. 82–5429

Non-Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 20, 1982.

Woods, Johnston & Carlson, John D. Carlson, Tallahassee, Fla., for plaintiff-appellant.

Bruce A. Minnick, Asst. Atty. Gen., Tallahassee, Fla., for defendants-appellees.

Before RONEY, VANCE and ANDERSON, Circuit Judges.

PER CURIAM:

The district court, relying on our decision in *Patsy v. Florida International University,* 634 F.2d 900 (5th Cir.1981), dismissed appellant's complaint because it did not sufficiently allege exhaustion or inadequacy of administrative remedies. Subsequently, the United States Supreme Court, reversing our decision in *Patsy,* held that exhaustion of state administrative remedies is not a prerequisite to an action under 42 U.S.C. § 1983. *Patsy v. Board of Regents of the State of Florida,* —— U.S. ——, 102 S.Ct. 2557, 73 L.Ed.2d 172 (1982). In light of the Supreme Court's ruling, we reverse the judgment of the district court and remand for further proceedings.

REVERSED AND REMANDED.